JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RODRIGUEZ, | ) Case No. 8:17-cv-01314-JLS-JDE |
| Plaintiff, | ) ORDER STAYING ACTION PENDING FINAL ) SETTLEMENT, REMOVING CASE FROM |
| v. | ) ACTIVE CASELOAD, AND FILING OF ) DISMISSAL |
| WALT DISNEY PARKS AND RESORTS U.S., INC., et al. | ) |
| Defendant(s). | ) |

On August 31, 2018, Plaintiff filed a Notice of Settlement (doc. 96), indicating that the case has been resolved. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within forty-five (45) days, to reopen the action if settlement is not consummated.

///

///

1     The parties shall file a Stipulation of Dismissal no later than
2  October 15, 2018. If no dismissal is filed, the Court deems the
3  matter dismissed at that time.
4     The Court retains full jurisdiction over this action and this
5  order shall not prejudice any party in the action.

7  IT IS SO ORDERED.

9     DATED: September 04, 2018

   ### JOSEPHINE L. STATON
   HONORABLE JOSEPHINE L. STATON
   UNITED STATES DISTRICT JUDGE